

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2017

No. 04-17-00338-CV

Travis **CROW,** Britt A. Crow, Laurian Crow Edison, and Karen A. Kraft,
Appellants

v.

Heddie Knappick **LOOKADOO,** Lisa Knappick Lucas, Mary Brown, Margaret Brown Nugent,
Charles Brown, Joseph Gallagher, Josephine Brown Noll, Pamela Gallagher Palmer, and Irene
B. Zoeller,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-10-00188-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The Appellees' (Irene B. Zoeller) motion for extension of time to file their brief is
granted. We order the brief due December 13, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 15th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court